IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CLAYTON N. POENISCH,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 1:25-cv-01025-JEH-RLH

### Order

This matter is now before the Court on the parties' Joint Motion to Remand to the Commissioner (D. 11). In their Stipulation, the parties jointly request that the Court remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate as follows.

Upon receipt of the Court's Order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further proceedings. (D. 11). On remand, the ALJ will evaluate whether Plaintiff could perform his past relevant work or other work existing in the national economy and issue a new decision. *Id*.

The Court finds the request for remand appropriate and so the Joint Motion to Remand (D. 11) is ALLOWED. Accordingly, any pending briefing schedule is vacated, and the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for further administrative proceedings

pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk's Office is hereby directed to enter judgment.  This matter is now terminated.

*It is so ordered.*

Entered on May 23, 2025.

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE