AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Clayton N. P. *Plaintiff* v. Commissioner of Social Security *Defendant* | Civil Action No. 1:25-cv-01025-JEH-RLH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: IT IS THEREFORE ORDERED that this case is reversed and remanded for further proceedings pursuant to 42 U.S.C. 405(g), sentence 4.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Jonathan E Hawley  on a motion for  Remand .

Date:  05/23/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*