IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CLAYTON N. POENISCH,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 1:25-cv-01025-JEH-RLH

### Order

The Court has reviewed the Joint Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (D. 14). The Court GRANTS the Motion and awards the Plaintiff, Clayton N. Poenisch, $9,450.16 (nine thousand four hundred fifty dollars and sixteen cents) for attorney fees and expenses in full satisfaction of any and all claims the Plaintiff may have under the EAJA. The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not his attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct that the award be made payable to the Plaintiff's attorney pursuant to the EAJA assignment that was executed between the Plaintiff and his attorney. If payment is mailed as compared to electronically deposited, it shall be

mailed to counsel's address of record: Cody Marvin, Marvin & Associates, P.C., 630 Davis Street, Suite 300, Evanston IL, 60201.

*It is so ordered.*

Entered on August 12, 2025

<u>s/Jonathan E. Hawley</u>
U.S. DISTRICT JUDGE